No. 64155.—The Lee Herrmann Co., a/c The Coldwater Seafood Corp. v. United States, protest 58/3624 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of The Lee Herrmann Co., a/c The Coldwater Seafood Corp. v. United States (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 11, 1960

No. 64156.—Miltonberg Corporation v. United States, protest 59/23264 (San Francisco).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 64157.—Benthan, Ltd., and American Shipping Co. et al. v. United States, protests 165776–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

No. 64158.—Taub, Hummel & Schnall, Inc., a/c Simon Healey & Goldstein, Inc. v. United States, protest 181276–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of E. C. Carter & Son, Inc. v. United States (38 Cust. Ct. 368, C.D. 1889), the claim of the plaintiff was sustained.